UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY H. EDGAR; RICHARD H. IMMERMAN; MELVIN A. GOODMAN; ANURADHA BHAGWATI; and MARK FALLON,<br><br>*Plaintiffs*,<br><br>v.<br><br>DANIEL COATS, in his official capacity as Director of National Intelligence; GINA HASPEL, in her official capacity as Director of the Central Intelligence Agency; PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; and PAUL M. NAKASONE, in his official capacity as Director of the National Security Agency,<br><br>*Defendants*. | Civil Action No. 19-cv-985-GJH |

**PLAINTIFFS TIMOTHY EDGAR, ANURADHA BHAGWATI, AND MARK FALLON'S MOTION FOR PERMISSION TO OMIT HOME ADDRESSES FROM CAPTION**

Plaintiffs Timothy Edgar, Anuradha Bhagwati, and Mark Fallon move for permission to omit their home addresses from the caption in their Complaint, notwithstanding Local Rule 102.2(a). The grounds for this Motion are set forth in the accompanying memorandum. A proposed order is attached.

April 2, 2019

Brett Max Kaufman[*]
Vera Eidelman[*]
Naomi Gilens[*]
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: 212.549.2500

Respectfully submitted,

Jameel Jaffer[*]
Alex Abdo[*]
Ramya Krishnan[*]
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115

1

F: 212.549.2654  
bkaufman@aclu.org  
veidelman@aclu.org  
ngilens@aclu.org  

T: 646.745.8500  
jameel.jaffer@knightcolumbia.org  
alex.abdo@knightcolumbia.org  
ramya.krishnan@knightcolumbia.org  

/s/ *David R. Rocah*
---
David R. Rocah (Bar No. 27315)  
American Civil Liberties Union Foundation  
  of Maryland  
3600 Clipper Mill Road, Suite 350  
Baltimore, MD 21211  
T: 410.889.8555  
F: 410.366.7838  
rocah@aclu-md.org  

*Counsel for Plaintiffs*

[*] *pro hac vice* application forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that, on April 2, 2019, a copy of the foregoing document was served on all named Defendants, via First Class Mail.

                                                      /s/ *David R. Rocah*
                                                      David R. Rocah, Bar No. 27315