# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY H. EDGAR; RICHARD H. IMMERMAN; MELVIN A. GOODMAN; ANURADHA BHAGWATI; and MARK FALLON, <br><br> *Plaintiffs*, <br><br> v. <br><br> DANIEL COATS, in his official capacity as Director of National Intelligence; GINA HASPEL, in her official capacity as Director of the Central Intelligence Agency; PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; and PAUL M. NAKASONE, in his official capacity as Director of the National Security Agency, <br><br> *Defendants*. | Civil Action No. 19-cv-985-GJH |

### [PROPOSED] ORDER ALLOWING PLAINTIFFS TIMOTHY EDGAR, ANURADHA BHAGWATI, AND MARK FALLON TO OMIT HOME ADDRESSES FROM CAPTION

Upon consideration of Plaintiffs Timothy Edgar, Anuradha Bhagwati, and Mark Fallon's motion for permission to omit their home addresses from the case caption, and for good cause shown, it is hereby ORDERED that Plaintiffs Edgar, Bhagwati, and Fallon are permitted to omit their home addresses.

Date: _____

_____
United States District Judge