Civil Action No. 19-cv-00985-GJH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gina Haspel, in her official capacity as Director of the Central Intelligence Agency

was received by me on *(date)* 04/02/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I served Gina Haspel by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to Ms. Haspel on 4/5/2019. Please see the attached USPS receipt and delivery confirmation which show that the summons and complaint were delivered to Ms. Haspel on 4/9/19.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/06/2019

*Server's signature*

Helen Zhong, Administrative Coordinator and Paralegal
*Printed name and title*

475 Riverside Drive
Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 4/5/2019 and (2) sending a copy of the complaint and of all summonses to the U.S. attorney's office for the District of Maryland, by USPS certified mail on 4/5/19. With respect to the U.S. attorney's office for the District of Maryland, I sent the complaint and all summonses by USPS certified mail three times: on 4/5/19 and 4/17/19 to the office's Baltimore address and on 4/26/19 to the office's Greenbelt address. I sent the packages multiple times because USPS failed to update the tracking information. On 5/6/19, I called the mail clerk at the U.S. attorney's office in Baltimore, who confirmed that they received the package on 4/8/19. Please see the attached USPS receipts and delivery notices.







## USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package **+**

**Tracking Number:** 70181830000189496166                     Remove ✕

**Expected Delivery on**

**TUESDAY**
**9** APRIL 2019 ⓘ  |  by **8:00pm** ⓘ

✓ **Delivered**

April 9, 2019 at 6:20 am
Delivered
WASHINGTON, DC 20505

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  +

**Tracking Number:** 70181830000189496197                              Remove ✕

**Expected Delivery on**

**TUESDAY**
**9** APRIL 2019 ⓘ | by **8:00pm** ⓘ

## ⊘ Delivered

April 9, 2019 at 5:50 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

### Track Another Package +

**Tracking Number:** 70181830000189496180　　　Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

April 10, 2019
In Transit, Arriving Late

Get Updates ⌄

---

Text & Email Updates　　⌄

---

Tracking History　　⌄

---

Product Information　　⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

BALTIMORE, MD 21201
OFFICIAL USE

| Certified Mail Fee | $3.50 |
| --- | --- |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage  $1.60

Total Postage and Fees  $5.10

Postmark: COLUMBIA UNIVERSITY STA, APR 17 2019, 04/17/2019

Sent To: US Attorney for Dist. of Maryland
Street and Apt. No., or PO Box No.: 36 S. Charles St., 4th floor
City, State, ZIP+4®: Baltimore, MD 21201

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0680 0001 7273 6698

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70182290000117376688                    Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

April 23, 2019
In Transit, Arriving Late

Get Updates ∨

---

Text & Email Updates                                                  ∨

---

Tracking History                                                       ∨

---

Product Information                                                    ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

GREENBELT, MD 20770

OFFICIAL USE

| Certified Mail Fee | $3.50 | | 0036 |
| --- | --- | --- | --- |
| $ | | | 12 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$1.60

Total Postage and Fees
$5.10

04/26/2019

Sent To: US Attorney for Dist. of Maryland
Street and Apt. No., or PO Box No.: 6406 Ivy Lane, Suite 800
City, State, ZIP+4®: Greenbelt, MD 20770

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7018 2290 0001 1737 6695

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70182290000117376695　　　　　Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

May 1, 2019
In Transit, Arriving Late

Get Updates ∨

---

Text & Email Updates　　　　　　　　　　　　　　　　∨

---

Tracking History　　　　　　　　　　　　　　　　　　∨

---

Product Information　　　　　　　　　　　　　　　　∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**