Civil Action No. 19-cv-00985-GJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Patrick M. Shanahan, in his official capacity as Acting Secretary of Defense
was received by me on *(date)* 04/02/2019 .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I served Patrick Shanahan by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to Mr. Shanahan on 4/5/2019. Please see the attached USPS receipt and delivery confirmation which show that the summons and complaint were delivered to Mr. Shanahan on 4/8/19.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/06/2019

*Server's signature*

Helen Zhong, Administrative Coordinator and Paralegal
*Printed name and title*

475 Riverside Drive
Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:
I served the United States by (1) sending a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 4/5/2019 and (2) sending a copy of the complaint and of all summonses to the U.S. attorney's office for the District of Maryland, by USPS certified mail on 4/5/19. With respect to the U.S. attorney's office for the District of Maryland, I sent the complaint and all summonses by USPS certified mail three times: on 4/5/19 and 4/17/19 to the office's Baltimore address and on 4/26/19 to the office's Greenbelt address. I sent the packages multiple times because USPS failed to update the tracking information. On 5/6/19, I called the mail clerk at the U.S. attorney's office in Baltimore, who confirmed that they received the package on 4/8/19. Please see the attached USPS receipts and delivery notices.







# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70181830000189496159                           Remove ✕

**Expected Delivery by**

**MONDAY**
**8** APRIL 2019 ⓘ | by **8:00pm** ⓘ

## ✓ Delivered

April 8, 2019 at 10:57 am
Delivered
WASHINGTON, DC 20310

Get Updates ⌄

---

Text & Email Updates   ⌄

---

Tracking History   ⌄

---

Product Information   ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 8:19-cv-00985-GJH   Document 24   Filed 05/06/19   Page 4 of 9

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70181830000189496197　　　　　　　Remove ✕

**Expected Delivery on**

**TUESDAY**
**9** APRIL 2019 ⓘ    by **8:00pm** ⓘ

## ✓ Delivered

April 9, 2019 at 5:50 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates　　⌄

---

Tracking History　　⌄

---

Product Information　　⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70181830000189496180          Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

April 10, 2019
In Transit, Arriving Late

**Get Updates** ⌄

---

Text & Email Updates                              ⌄

---

Tracking History                                  ⌄

---

Product Information                               ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

BALTIMORE, MD 21201  OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage  $1.60
$
Total Postage and Fees  $5.10

Postmark Here — COLUMBIA UNIVERSITY STA — APR 17 2019 — 04/17/2019

Sent To  US Attorney for Dist. of Maryland
Street and Apt. No., or PO Box No.  36 S. Charles St., 4th floor
City, State, ZIP+4®  Baltimore, MD 21201

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0040 0001 3727 4488

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70182290000117376688                 Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

April 23, 2019
In Transit, Arriving Late

**Get Updates** ⌄

---

**Text & Email Updates**   ⌄

---

**Tracking History**   ⌄

---

**Product Information**   ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

GREENBELT, MD 20770    OFFICIAL USE

Certified Mail Fee  $3.50                                0036
$                                                         12
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00       Postmark
☐ Certified Mail Restricted Delivery $  $0.00      Here
☐ Adult Signature Required         $  $0.00
☐ Adult Signature Restricted Delivery $
Postage
$       $1.60
Total Postage and Fees                            04/26/2019
$       $5.10

Sent To
US Attorney for Dist. of Maryland
Street and Apt. No., or PO Box No.
6406 Ivy Lane, Suite 800
City, State, ZIP+4®
Greenbelt, MD 20770

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 2290 0001 1737 6695

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70182290000117376695    Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

May 1, 2019
In Transit, Arriving Late

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**