Civil Action No. 19-cv-00985-GJH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Paul M. Nakasone, in his official capacity as Director of the National Security Agency
was received by me on *(date)* 04/02/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
I served Paul Nakasone by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to Mr. Nakasone on 4/5/2019. Please see the attached USPS receipt and delivery confirmation which show that the summons and complaint were delivered to Mr. Nakasone on 4/9/19.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/06/2019

*Server's signature*

Helen Zhong, Administrative Coordinator and Paralegal
*Printed name and title*

475 Riverside Drive
Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and of all summonses by USPS certified mail to the Attorney General of the United States on 4/5/2019 and (2) sending a copy of the complaint and of all summonses to the U.S. attorney's office for the District of Maryland, by USPS certified mail on 4/5/19. With respect to the U.S. attorney's office for the District of Maryland, I sent the complaint and all summonses by USPS certified mail three times: on 4/5/19 and 4/17/19 to the office's Baltimore address and on 4/26/19 to the office's Greenbelt address. I sent the packages multiple times because USPS failed to update the tracking information. On 5/6/19, I called the mail clerk at the U.S. attorney's office in Baltimore, who confirmed that they received the package on 4/8/19. Please see the attached USPS receipts and delivery notices.







# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70181830000189496142    Remove ✕

Your item has been delivered to an agent at 6:48 am on April 9, 2019 in FORT GEORGE G MEADE, MD 20755.

## ⊘ Delivered

April 9, 2019 at 6:48 am
Delivered, To Agent
FORT GEORGE G MEADE, MD 20755

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70181830000189496197   Remove ✕

**Expected Delivery on**

**TUESDAY**
**9** APRIL 2019 ⓘ | by **8:00pm** ⓘ

✓ **Delivered**

April 9, 2019 at 5:50 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70181830000189496180

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

April 10, 2019
In Transit, Arriving Late

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

BALTIMORE, MD 2120[?]   OFFICIAL USE

| Certified Mail Fee | $3.50 |
| --- | --- |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $_____ |
| ☐ Return Receipt (electronic) | $_____ |
| ☐ Certified Mail Restricted Delivery | $_____ |
| ☐ Adult Signature Required | $_____ |
| ☐ Adult Signature Restricted Delivery | $_____ |
| Postage | $1.60 |
| Total Postage and Fees | $5.10 |

Postmark: COLUMBIA UNIVERSITY STA, APR 17 2019, 04/17/2019

Sent To: US Attorney for Dist. of Maryland
Street and Apt. No., or PO Box No.: 36 S. Charles St., 4th floor
City, State, ZIP+4®: Baltimore, MD 21201

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0040 0001 7727 4988

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70182290000117376688                   Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

April 23, 2019
In Transit, Arriving Late

Get Updates ∨

---

**Text & Email Updates**                                    ∨

---

**Tracking History**                                        ∨

---

**Product Information**                                     ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

GREENBELT, MD 20770

OFFICIAL USE

Certified Mail Fee $3.50
$              $0.00     0036
Extra Services & Fees (check box, add fee as appropriate)    12
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00    Postmark
☐ Certified Mail Restricted Delivery    $ $0.00    Here
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$     $1.60
Total Postage and Fees      04/26/2019
$     $5.10

Sent To U.S. Attorney for Dist. of Maryland
Street and Apt. No., or PO Box No. 6406 Ivy Lane, Suite 800
City, State, ZIP+4® Greenbelt, MD 20770

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7018 2290 0001 1737 6695

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

**Tracking Number:** 70182290000117376695　　　Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

May 1, 2019
In Transit, Arriving Late

**Get Updates** ⌄

---

Text & Email Updates　　⌄

---

Tracking History　　⌄

---

Product Information　　⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**