## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY H. EDGAR, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>DANIEL COATS, Director of National Intelligence, *et al.*,<br><br>      Defendants. | Civil Action No. 8:19-cv-00985 (GJH) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Complaint and to Enter Stipulated Briefing Schedule, it is hereby **ORDERED** that Defendants' Motion is **GRANTED.**  Defendants shall file their anticipated motion to dismiss on or before June 14, 2019; Plaintiffs shall file their opposition thereto by July 16, 2019; and Defendants shall file their reply by August 2, 2019.

Dated: _____                    _____
                                                                                        George J. Hazel
                                                                                        United States District Judge