IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY H. EDGAR, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DANIEL COATS, Director of National Intelligence, *et al.*,<br><br>    Defendants. | Case No. 8:19-cv-00985 (GJH) |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

    Defendants Daniel Coats, Director of National Intelligence, Gina Haspel, Director of the Central Intelligence Agency, Patrick M. Shanahan, Acting Secretary of Defense, and Paul M. Nakasone, Director of the National Security Agency (collectively, "Defendants") hereby request leave to file a memorandum in support of their motion to dismiss that contains five pages more than ordinarily permitted under this Court's Local Rule 105(3).  Defendants request these additional pages in light of the number and complexity of the issues implicated by the Complaint, which include jurisdictional and merits issues relating to the entire prepublication review regimes of four separate agencies and five different plaintiffs.  The undersigned counsel has conferred with counsel for Plaintiffs, who have indicated that Plaintiffs do not oppose this request.

| | |
|---|---|
| Dated: June 14, 2019 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>ANTHONY COPPOLINO<br>Deputy Director<br>Federal Programs Branch<br><br>*/s/ Serena Orloff*<br>SERENA M. ORLOFF |

1

California Bar No. 260888
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Telephone: (202) 305-0167
Fax: (202) 616-8470
Serena.M.Orloff@usdoj.gov

*Attorneys for Defendants*