# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY H. EDGAR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL COATS, Director of National Intelligence, *et al.*,<br><br>Defendants. | Case No. 8:19-cv-00985 (GJH) |

## PROPOSED ORDER

Upon consideration of Defendants' Unopposed Motion for Leave to File Excess Pages, it is:

**HEREBY ORDERED** that the Motion is **GRANTED**.  Defendants may file a brief in support of their motion to dismiss that contains five pages more than ordinarily permitted under Local Rule 105(3).

SO ORDERED.

_____                                                _____
Date                                                                                   George J. Hazel
                                                                                            United States District Judge

1