IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY H. EDGAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL COATS, Director of National Intelligence, *et al.*, <br><br> Defendants. | Case No. 8:19-cv-00985 (GJH) |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Daniel Coats, Director of National Intelligence, Gina Haspel, Director of the Central Intelligence Agency, Patrick M. Shanahan, Acting Secretary of Defense, and Paul M. Nakasone, Director of the National Security Agency hereby move to dismiss the Complaint, ECF No. 1, in the above-captioned matter. A memorandum of law, supporting declaration, and proposed order accompany this motion.

Dated: June 14, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY COPPOLINO
Deputy Director
Federal Programs Branch

*/s/ Serena Orloff*
SERENA M. ORLOFF
California Bar No. 260888
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street NW, Room 12512

1

Washington, D.C. 20005
Telephone: (202) 305-0167
Fax: (202) 616-8470
Serena.M.Orloff@usdoj.gov

*Attorneys for Defendants*