# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY H. EDGAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL COATS, Director of National Intelligence, *et al.*, <br><br> Defendants. | Case No. 8:19-cv-00985 (GJH) |

## PROPOSED ORDER

For the reasons set forth in Defendants' Motion to Dismiss and accompanying Memorandum of Law, it is:

**HEREBY ORDERED** that the Motion is **GRANTED** and all claims asserted against Defendants are hereby **DISMISSED.**

SO ORDERED.

_____          _____
Date                                                     George J. Hazel
                                                              United States District Judge

1