UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY H. EDGAR et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DANIEL COATS, in his official capacity as Director of National Intelligence, et al.,<br><br>    *Defendants*. | Case No. 8:19-cv-00985 (GJH) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiffs Timothy H. Edgar, Richard H. Immerman, Melvin A. Goodman, Anuradha Bhagwati, and Mark Fallon respectfully request leave to file a memorandum of law in opposition to Defendants' motion to dismiss that contains five pages more than ordinarily permitted under Local Rule 105(3). Plaintiffs request these additional pages to respond to the numerous arguments raised in Defendants' motion to dismiss, which by leave of this Court was itself five additional pages. ECF No. 31. The undersigned counsel has conferred with counsel for Defendants, who has indicated that Defendants do not oppose this request.

Dated: July 16, 2019

Respectfully submitted,

Brett Max Kaufman[*]
Vera Eidelman[*]
Naomi Gilens[*]
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
bkaufman@aclu.org
veidelman@aclu.org
ngilens@aclu.org

Jameel Jaffer[*]
Alex Abdo[*]
Ramya Krishnan[*]
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: 646.745.8500
jameel.jaffer@knightcolumbia.org
alex.abdo@knightcolumbia.org
ramya.krishnan@knightcolumbia.org

1

 /s/ *David R. Rocah*
David R. Rocah (Bar No. 27315)
American Civil Liberties Union Foundation
   of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
T: 410.889.8555
F. 410.366.7838
rocah@aclu-md.org

[*] admitted *pro hac vice*                     *Counsel for Plaintiffs*