UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TIMOTHY H. EDGAR, et al.,

    *Plaintiffs*,

v.

DANIEL COATS, in his official capacity as Director of National Intelligence, et al.,

    *Defendants*.

Case No. 8:19-cv-00985 (GJH)

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 101.2.a, I, Naomi Gilens, of the American Civil Liberties Union Foundation, move to withdraw my appearance as counsel of record for all Plaintiffs in the above-captioned matter. September 4, 2019 is my last day as an attorney with the American Civil Liberties Union Foundation. Plaintiffs will continue to be represented by the American Civil Liberties Union Foundation, the American Civil Liberties Union of Maryland, and the Knight First Amendment Institute by Plaintiffs' counsel of record.

Dated: September 4, 2019

*/s/ Naomi Gilens*
Naomi Gilens
American Civil Liberties Union
  Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212.549.2500
Fax: 212.549.2654
ngilens@aclu.org