


September 9, 2019

**via ECF**

The Honorable George J. Hazel
United States District Court
District of Maryland
6500 Cherrywood Lane
Suite 445A
Greenbelt, MD 20770

    Re:    *Edgar v. Coats*, **No. 8:19-cv-985**

Dear Judge Hazel,

    Pursuant to Local Rule 105(6), Plaintiffs in this matter write to request oral argument on Defendants' pending motion to dismiss. *See* ECF No. 30. Plaintiffs request a hearing to fully address the numerous, complex, and important issues of law relevant to the pending motion.

    The undersigned counsel have conferred with counsel for Defendants regarding mutual availability and propose the following dates for the Court's consideration:

- Tuesday, October 29, 2019
- Wednesday, November 20, 2019
- Thursday, November 21, 2019
- Wednesday, December 4, 2019
- Thursday, December 5, 2019
- Monday, December 9, 2019
- Tuesday, December 10, 2019
- Wednesday, December 11, 2019
- Thursday, December 12, 2019

    Counsel for Defendants has indicated that Defendants take no position on Plaintiffs' request for oral argument.

Respectfully,

| /s/ Ramya Krishnan | /s/ David R. Rocah |
|---|---|
| Ramya Krishnan* <br> Jameel Jaffer* <br> Alex Abdo* <br> Knight First Amendment Institute <br>   at Columbia University <br> 475 Riverside Drive, Suite 302 <br> New York, NY 10115 <br> T: 646.745.8500 <br> jameel.jaffer@knightcolumbia.org <br> alex.abdo@knightcolumbia.org <br> ramya.krishnan@knightcolumbia.org | David R. Rocah (Bar No. 27315) <br> (signed by Ramya Krishnan with <br> permission of David R. Rocah) <br> American Civil Liberties Union <br>   Foundation of Maryland <br> 3600 Clipper Mill Road, Suite 350 <br> Baltimore, MD 21211 <br> T: 410.889.8555 <br> F. 410.366.7838 <br> rocah@aclu-md.org <br><br> Brett Max Kaufman* <br> Vera Eidelman* <br> American Civil Liberties Union <br>   Foundation <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: 212.549.2500 <br> F: 212.549.2654 <br> bkaufman@aclu.org <br> veidelman@aclu.org |
| * admitted *pro hac vice* | *Counsel for Plaintiffs* |