IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **TIMOTHY H. EDGAR**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: GJH-19-985 |
| **DANIEL COATS**, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** by the United States District Court for the District of Maryland that:

1. Plaintiffs' Motion for Permission to Omit Home Addresses from Caption, ECF No. 8, is **GRANTED**;

2. Defendants' Motion to Dismiss, ECF No. 30, is **GRANTED**;

3. Plaintiffs' Unopposed Motion for Leave to File Excess Pages, ECF No. 32, is **GRANTED**;

4. The Center for Ethics and the Rule of Law's Motion for Leave to File Brief as Amicus Curiae, ECF No. 34, is **GRANTED**; and

5. Plaintiffs shall notify the Court within 14 days of this Order if it intends to submit a Motion for Leave to Amend the Complaint. If Plaintiffs intends to file such a Motion, rather than submitting an Amended Complaint, Plaintiff shall first submit a letter no more than 4 pages in length articulating how it would intend to address the Court's concerns. A conference call will then be scheduled during which the Court will determine if further briefing is necessary.

Dated: <u>April 15, 2020</u>        /s/_____
                                                              GEORGE J. HAZEL
                                                              United States District Judge