IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| **TIMOTHY H. EDGAR**, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Case No.: GJH-19-985 |
| **DANIEL COATS**, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In its April 15, 2020 Order in this case, ECF No. 47, the Court granted Defendants' Motion to Dismiss, ECF No. 30, and directed Plaintiffs to notify the Court within 14 days if they intended to submit a Motion for Leave to Amend the Complaint.

That period having passed without Plaintiffs providing such notice to the Court, it is

**ORDERED** by the United States District Court for the District of Maryland that:

1. Plaintiffs' Complaint for Declaratory and Injunctive Relief, ECF No. 1, is **DISMISSED WITH PREJUDICE**; and

2. The Clerk **SHALL CLOSE** this case.

Dated: May 6, 2020

/s/_____
GEORGE J. HAZEL
United States District Judge

1