UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY H. EDGAR *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RICHARD A. GRENELL *et al.*, <br><br> *Defendants*. | No. 8:19-cv-985 (GJH) |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Plaintiffs in the above-captioned case—Timothy H. Edgar, Richard H. Immerman, Melvin A. Goodman, Anuradha Bhagwati, and Mark Fallon—hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's memorandum opinion and order, entered respectively on April 16 and May 7, 2020, granting Defendants' motion to dismiss Plaintiffs' complaint. *See* ECF Nos. 46, 48.

May 12, 2020

Brett Max Kaufman*
Vera Eidelman*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
bkaufman@aclu.org
veidelman@aclu.org

  /s/ *David R. Rocah*
David R. Rocah (Bar No. 27315)
American Civil Liberties Union Foundation
   of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
T: 410.889.8555
F. 410.366.7838
rocah@aclu-md.org

* admitted *pro hac vice*

Respectfully submitted,

Jameel Jaffer*
Alex Abdo*
Ramya Krishnan*
Meenakshi Krishnan*
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: 646.745.8500
jameel.jaffer@knightcolumbia.org
alex.abdo@knightcolumbia.org
ramya.krishnan@knightcolumbia.org

*Counsel for Plaintiffs*


## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of May, 2020, I electronically filed the foregoing Plaintiffs' Notice of Appeal with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing.

    /s/ *David R. Rocah*
David R. Rocah (Bar No. 27315)
American Civil Liberties Union Foundation
   of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
T: 410.889.8555
F: 410.366.7838
rocah@aclu-md.org